IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PEREZ FUNCHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 07-cv-226-JPG-PMF |
| ) | |
| RACHEL L. EBBERT, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Perez Funches for an extension of time to file the record on appeal (Doc. 102). Funches's request stems from a misunderstanding of the procedural posture of this case. The Court held a bench trial on October 13, 2010. At the conclusion of the trial, the Court announced its ruling and indicated it would enter a written order reflecting that ruling. Before the Court entered that written order or judgment in the case, Funches filed a notice of appeal (Doc. 97), and the appeal was docketed in the Seventh Circuit Court of Appeals as Case No. 10-3467. However, under Federal Rule of Appellate Procedure 4(a)(2), Funches's notice of appeal was not effective at the time of its filing. Rule 4(a)(2) states: "A notice of appeal filed after the court announces a decision or order – but before the entry of the judgment or order – is treated as filed on the date of and after the entry." Funches filed his notice of appeal after the Court announced its decision on October 13, 2010, but before entry of judgment, which has not occurred yet. Thus, the Court treats his notice as effective immediately after entry of judgment. In light of the procedural posture of this case, Funches's motion (Doc. 102) is **DENIED as moot**. The Court **DIRECTS** the Clerk of Court to send the Court of Appeals a copy of this order in connection with Seventh Circuit Case No. 10-3467.

**IT IS SO ORDERED.**
**DATED: November 15, 2010**

                                                          s/ J. Phil Gilbert
                                                          **J. Phil Gilbert**
                                                          **UNITED STATES DISTRICT JUDGE**