IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PEREZ FUNCHES, | ) |
|       Plaintiff, | ) |
| v. | ) NO. 07-cv-226-JPG |
| RACHEL L. EBBERT, SHARON MCCORKLE, ROBERT A KUNTZ, NEIL C. BANTICAN, TIMOTHY LOVE, DERWYN L. RYKER and ROGER E. WALKER, JR., | ) |
|       Defendants. | ) |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- **COUNT 2:** Against Defendants Rachel L. Ebbert and Sharon McCorkle for retaliating against Plaintiff by denying Plaintiff access to the courts because Plaintiff had filed grievances against them;

- **COUNT 4:** Against Defendant Rachel L. Ebbert for retaliating against Plaintiff by interfering with Plaintiff's right to petition the government for redress of grievances because Plaintiff had filed grievances against Rachel L. Ebbert in violation of Plaintiff's rights under the First Amendment; and

- **COUNT 5**: Against Defendants Robert A. Kuntz and Neil C. Bantican for denying Plaintiff due process of law in connection with a disciplinary action in violation of Plaintiff's rights under the Fourteenth Amendment; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Rachel L. Ebbert and Sharon McCorkle and against plaintiff Perez Funches on Count 1 for denying Plaintiff access to the courts; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Rachel L. Ebbert and against plaintiff Perez Funches on Count 3 for interfering with

Plaintiff's rights to petition the government for the redress of grievances, in violation of Plaintiff's rights under the First Amendment.

     Counts 6 (against Defendant Timothy Love for denying Plaintiff his right to freely exercise his religion in violation of Plaintiff's rights under the First Amendment and RLUIPA) and 7 (against Defendant Derwyn L. Ryker and Roger E. Walker, Jr. for failing to correct the unconstitutional actions taken by their subordinates) were severed from this action and refiled as *Funches v. Love*, Case No. 08-cv0780-GPM-DGW.

**DATED: January 4, 2011**        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                      **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**